UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Michael Hanson

    v.                                                Civil No. 11-cv-534-PB

Stephen Church, Superintendent,
Rockingham County House of
Corrections, et al.

**O R D E R**

    A hearing on Michael Hanson's request for preliminary injunctive relief has been scheduled for December 13, 2011 (doc. no. 6). Since the time the hearing was initially scheduled, Hanson has filed an amended complaint (doc. no. 8). The court now directs that the December 13, 2011, hearing be continued, and the order to transport Hanson thereto (doc. no. 7) be vacated, pending the court's consideration of the information in Hanson's amended complaint as well as other information in the record. After further review of the record, the court will reschedule the hearing should it deem that that such hearing is necessary or appropriate.

    **SO ORDERED.**

                                                      _____
                                                      Landya McCafferty
                                                      United States Magistrate Judge

December 8, 2011

cc: Michael Hanson, pro se
     Thomas F. Reid, Esq.