**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


Michael Hanson

    v.                                    Civil No. 11-cv-534-PB

Stephen Church, Superintendent,
Rockingham County Department of
Corrections, et al.


**O R D E R**


    Before the court is Michael Hanson's "Motion to Extend
Filing Deadline and Request for Injunctive Relief" (doc. no.
22).  The motion seeks the following relief: (1) a preliminary
injunction; (2) an extension of time to file an objection to the
court's previously issued report and recommendation (doc. no.
19); and (3) a courtesy copy of the amended complaint in this
matter (doc. no. 8).  The motion has been referred to this
magistrate judge for a report and recommendation as to the
disposition of the request for preliminary injunctive relief,
and for a ruling on the nondispositive requests in the motion.
See Order (doc. no. 23).

    The motion is granted in part, as to the nondispositive
issues.  The deadline for filing an objection to the report and
recommendation is extended for fourteen days from the date of
this order.  The court will provide a one-time courtesy copy of

the amended complaint (doc. no. 8).  Future requests for copies of documents will be subject to the court's normal fee of fifty cents per page.

Hanson has previously requested preliminary injunctive relief (doc. nos. 1, 4, 8, 15 and 16).  As discussed in the court's January 12, 2012, order (doc. no. 18) and report and recommendation (doc. no. 19), the court deferred consideration of those requests pending receipt of an amended request for preliminary injunctive relief demonstrating that Hanson can satisfy the elements of such a request.  The court also granted Hanson leave to file an amended complaint by February 11, 2012. The court has received neither an amended request for preliminary injunctive relief that demonstrates that Hanson can satisfy the standard for a preliminary injunction, nor an amended complaint stating a plausible claim for relief as to any claim asserting an ongoing violation of his rights. Accordingly, the court defers ruling on the instant motion for preliminary injunction (doc. no. 22) until Hanson files an amended complaint and request for injunctive relief as directed in the January 12, 2012, order (doc. no. 18).

**Conclusion**

The motion (doc. no. 22) is granted in part, to the extent that Hanson shall have 14 days from the date of this Order to file an objection to the report and recommendation (doc. no. 19), and the clerk is directed to provide Hanson with a courtesy copy of the amended complaint (doc. no. 8).  To the extent that the motion (doc. no. 22) requests preliminary injunctive relief, the motion is taken under advisement, pending Hanson's filing an amended complaint and an amended request for preliminary injunctive relief, as directed in the Order dated January 12, 2012 (doc. no. 18).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

January 31, 2012

cc:   Michael Hanson

LBM:jba