UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Hanson

   v.                                        Civil No. 11-cv-534-PB

Rockingham County Department
of Corrections, et al.

**NOTICE OF RULING**

    Re:  Document No. 26, Motion to Extend Time to Object to
Report and Recommendation.

    Ruling: The motion (doc. no.26), construed as a motion to extend time and for a copy of the amended complaint (doc. no. 8), is granted in part and denied in part.  Hanson's request for a copy of his amended complaint and an extension of time to file an objection to the court's January 12, 2012, report and recommendation (doc. no. 19) is denied as moot, as relief has already been granted in an order issued on January 31, 2012 (doc. no. 24).  To the extent Hanson seeks an extension of time to file an amended complaint, in accordance with the court's January 12, 2012 order (doc. no. 18), the motion is granted and time is extended until March 1, 2012.

                                                      _____
                                                      Landya McCafferty
                                                      United States Magistrate Judge

Date: February 2, 2012

cc: Michael Hanson, pro se