UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael Hanson</u>

        v.                                Case No. 11-cv-534-PB

<u>Rockingham County Department
 of Corrections, et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 12, 2012.

    SO ORDERED.


February 14, 2012                 /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge


cc:     Michael Hanson, Pro Se