UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael Hanson</u>

        v.                    Case No. 11-cv-534-PB

<u>Rockingham County Department of Corrections,</u>

<u>O R D E R</u>

    I hereby recuse myself from presiding over this case as Attorney Belobrow has filed an appearance on behalf of FNU Hazelton.

    SO ORDERED.

February 17, 2012                      /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

cc:    Michael Hanson, Pro Se
        Corey Belobrow, Esq.