UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael Hanson</u>

        v.                Case No. 11-cv-534-PB

<u>Rockingham County Department of Corrections,</u>


O R D E R

    I hereby recuse myself from presiding over this case as Attorney Belobrow has filed an appearance on behalf of FNU Hazelton.


    SO ORDERED.


February 17, 2012                      /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge


cc:    Michael Hanson, Pro Se
        Corey Belobrow, Esq.