UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Hanson,
    Plaintiff

    v.                                  Case No. 11-cv-534-SM

Rockingham County Department
of Corrections, et al.
    Defendants


NOTICE OF RULING


    Re:  Document No. 36, Request for Permission to File
        Interlocutory Appeal


    Ruling: Plaintiff has filed an appeal of the court's refusal to grant preliminary injunctive relief, 28 U.S.C. § 1292(a)(1); to the extent he seeks to file an interlocutory appeal of other issues pursuant to the provisions of 28 U.S.C. § 1292(b), the court is not of the opinion that a controlling question of law exists as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, so to that extent, the motion is denied.


Entered by: Steven J. McAuliffe, United States District Judge


Date: April 2, 2012


cc:  Michael Hanson, pro se
     Corey M. Belobrow, Esq.