UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Michael Hanson

    v.                                    Civil No. 11-cv-534-SM

Stephen Church, Superintendent,
Rockingham County Department of
Corrections, et al.


## REPORT AND RECOMMENDATION

Before the court are several requests for preliminary injunctive relief (doc. nos. 1, 4, 8 and 16) filed by Michael Hanson, which have been referred to this magistrate judge for a recommendation as to disposition.  See Orders (doc. nos. 5 and 17).  Hanson's requests for injunctive relief seek an order from the court either directing that he be released from the Rockingham County House of Corrections ("RCHC"), or alternatively, directing RCHC officials to take certain actions to improve the conditions of Hanson's confinement at the RCHC.

On January 12, 2012, the court issued an order (doc. no. 18) ("January 12 Order") which, among other things, granted Hanson leave to amend his requests for injunctive relief and deferred ruling on the requests pending receipt of the amended

request.  Hanson did not file an amended request for preliminary injunctive relief.

On April 24, 2012, the court was advised by an RCHC employee that Hanson had been released from that facility. Because the only preliminary injunctive relief sought was release from jail or relief from certain conditions of confinement at RCHC, Hanson's release from RCHC custody has mooted the request for an injunction.  The requests for preliminary injunctive relief should therefore be denied.

## Conclusion

For the foregoing reasons, the court recommends that the pending motions and other requests for preliminary injunctive relief (doc. nos. 1, 4, 8 and 16) be denied.  Any objections to this report and recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011), cert. denied, 132 S. Ct. 1045 (2012); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are

subject to review by district court; issues not preserved by such objection are precluded on appeal).

_____
Landya McCafferty
United States Magistrate Judge

August 16, 2012

cc:  Michael Hanson, pro se
     Corey M. Belobrow, Esq.