UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael Hanson

       v.                               Case No. 11-cv-534-SM

Stephen Church, Superintendent,
Rockingham County Department
of Corrections, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 16, 2012, no objection having been filed, for the reasons set forth therein. Plaintiff's motions and other requests for preliminary injunctive relief (document numbers 1, 4, 8 and 16) are hereby denied.

" '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

    SO ORDERED.

September 19, 2012

Steven J. McAuliffe
United States District Judge

cc:    Michael Hanson, pro se
       Corey M. Belobrow, Esq.