UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael Hanson</u>

        v.                          Case No. 11-cv-534-SM

<u>Superintendent, Rockingham County</u>
<u>Department of Corrections, et al.</u>


O R D E R

It having come to the court's attention that, due to a change in address, the plaintiff did not receive a copy of Magistrate Judge McCafferty's Report and Recommendation dated September 4, 2012, it sua sponte extends the time for filing an objection or response to that Report and Recommendation to October 12, 2012.


      SO ORDERED.

|  |  |
|---|---|
| October 1 , 2012 | /s/ Daniel J. Lynch <br> _____ <br> Daniel J. Lynch <br> United States Magistrate Judge |

cc:    Michael Hanson, pro se
        Corey M. Belobrow, Esq.